HONORABLE ROBERT S. LASNIK



10-CV-00828-RPT

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 06 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RADIO SYSTEMS CORPORATION and INNOTEK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOM LALOR, individually, and BUMPER BOY, INC., <br><br> Defendant. | Cause No. 2:10-cv-00828 <br><br> STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES <br><br> Noted: July 1, 2011 |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Radio Systems Corporation and Innotek, Inc. ("Radio Systems") and Defendants Tom Lalor and Bumper Boy, Inc. ("Lalor") hereby jointly move to amend the Scheduling Order entered in this case to extend the deadlines for expert reports by one (1) month. Specifically, the parties respectfully seek to extend the dates for expert reports as follows:

| Event | Old Date | Proposed Date |
|---|---|---|
| Opening Expert Reports | July 18, 2011 | August 18, 2011 |
| Responsive Expert Reports | August 17, 2011 | September 19, 2011 |
| Expert Witness Discovery Cutoff | September 6, 2011 | October 6, 2011 |

Stipulated Motion for Extension of Time - 1
Cause No. 2:10-cv-00828

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436-0900

In support of this Joint Motion, the parties state as follows:

1. The parties have been actively conducting discovery and have exchanged numerous documents, infringement contentions, non-infringement contentions, and invalidity contentions.
2. Plaintiffs recently, and voluntarily, produced certain documents to Defendants.
3. Defendants believe that their analysis of those documents may lead to fruitful settlement negotiations.
4. Defendants also believe that the current deadline for expert reports will not provide them with sufficient time for their expert to analyze and opine on those documents.
5. Plaintiffs consent to a 30-day extension of the expert disclosure deadline requested by Defendants.

WHEREFORE, for all of the reasons stated herein, Lalor and Radio Systems respectfully request that this Court issue an Order amending the Scheduling Order to extend the deadlines for expert reports in this case by one month.

A proposed order is submitted below.

Dated: July 1, 2011

Respectfully submitted:

/s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP
Seattle Tower
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
(206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

/s/ Matthew Stark
Matthew Stark
R. Bradford Brittain
MERCHANT & GOULD P.C.
110 Tyson Boulevard
Suite 203
Alcoa, TN 37701
Telephone (865) 380.5989
Facsimile (865) 380.5999
MStark@merchantgould.com
rbrittain@merchantgould.com

Stipulated Motion for Extension of Time - 2
Cause No. 2:10-cv-00828

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436-0900

| | | |
|---|---|---|
| 1 | John Whitaker, WSBA # 28868 | Duncan C. Turner |
| 2 | WHITAKER LAW GROUP | BAGDLEY MULLINS LAW GROUP PLLC |
| | Seattle Tower | 4750 Columbia Center |
| 3 | 1218 Third Avenue, Suite 1809 | 701 Fifth Avenue |
| | Seattle, WA 98101 | Seattle, WA 98104 |
| 4 | (206) 436-8500 | Telephone (206) 621-6566 |
| 5 | john@wlawgrp.com | Facsimile (206) 621-9686 |
| | | duncanturner@bagdleymullins.com |
| 6 | Attorneys for Defendants, | |
| | Tom Lalor and Bumper Boy, Inc. | Attorneys for Plaintiffs |
| 7 | | Radio Systems Corporation and Innotek |
| | | Systems Inc. |

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: __July 6, 2011__

_/s/ Robert S. Lasnik_
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

John Whitaker, WSBA # 28868
WHITAKER LAW GROUP
Seattle Tower
1218 Third Avenue, Suite 1809
Seattle, WA 98101
(206) 436-8500
john@wlawgrp.com

Attorneys for Defendants,
Tom Lalor and Bumper Boy, Inc.

Stipulated Motion for Extension of Time - 3
Cause No. 2:10-cv-00828

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436-0900