The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RADIO SYSTEMS CORPORATION and INNOTEK, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TOM LALOR, individually, and BUMPER BOY, INC., <br><br> Defendants. | Case No. 2:10-cv-00828 RSL <br><br> DECLARATION OF JENNIFER WATERHOUSE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <br><br> NOTE ON MOTION CALENDAR: <br> September 30, 2011 |

I, Jennifer Waterhouse, being conscious of the penalties of perjury under both Washington State and federal law, state as follows:

1. I am employed as the Director of Legal Services and Risk Management for both Radio Systems Corporation ("Radio Systems") and Innotek, Inc. ("Innotek") and have held this position since April 1, 2011. Additionally, I began my employment with Radio Systems and Innotek as a Staff Accountant in June of 2004. Unless otherwise stated, the facts stated herein are known to me of my own personal knowledge and, if called upon as a witness, I could and would testify competently to them.

DECLARATION OF JENNIFER WATERHOUSE
2:10-cv-00828 RSL                            - 1 -

Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 342-6200

2. Based on a review of the business records of Radio Systems and Innotek, Innotek first became aware of U.S. Patent No. 6,830,014 upon receipt of the letter dated February 21, 2005 sent by Lalor to Innotek. A true and correct copy of the letter is attached to the Declaration of Regina Culbert ("Culbert Decl.") at Exhibit 9.

3. Based on a review of the business records of Radio Systems and Innotek, a true and correct copy of the letter dated April 29, 2005 sent by Innotek to counsel for Lalor is attached to the Culbert Decl. at Exhibit 10.

4. Based on a review of the business records of Radio Systems and Innotek, Innotek never received a response to the April 29, 2005 letter, and the UltraSmart collar remained in the market.

5. Based on a review of the business records of Radio Systems and Innotek, Innotek and Radio Systems had no knowledge of the continuation application filed by Lalor that resulted in U.S. Patent No. 7,267,082 until Radio Systems received a copy of the letter dated November 19, 2009. Attached as Exhibit 11 to the Culbert Decl. is a true and correct copy of the letter dated November 19, 2009 received by Radio Systems from counsel for Defendant Tom Lalor.

Signed in Knox County, Tennessee.

Further declarant sayeth not.

Dated this 1st day of September, 2011

By: /s/ Jennifer Waterhouse
Jennifer Waterhouse

DECLARATION OF JENNIFER WATERHOUSE
2:10-cv-00828 RSL
- 2 -

Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 342-6200

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Philip P. Mann<br>Mann Law Group<br>1218 Third Ave., Suite 1809<br>Seattle, WA 98101<br>Tel: (206) 436-0900<br>Fax: (866) 341-5140<br>Email: phil@mannlawgroup.com<br>**Attorneys for Defendants** | John Whitaker<br>Whitaker Law Group<br>1218 Third Avenue, Suite 1809<br>Seattle, WA 98101<br>Tel: (206) 436-8500<br>E-mail: john@wlawgrp.com<br>**Attorneys for Defendants** |
|---|---|

s/ Duncan C. Turner
Duncan C. Turner, WSBA # 20597
BADGLEY~MULLINS LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington, 98104
Tel: (206) 621-6566
Fax: (206) 621-9686
Email: duncanturner@badgleymullins.com

DECLARATION OF JENNIFER WATERHOUSE
2:10-cv-00828 RSL - 3 -

Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 342-6200