UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
RADIO SYSTEMS CORPORATION and      )   No. C10-828RSL
INNOTEK, INC.,                     )
                                   )
            Plaintiffs,            )
      v.                           )   ORDER TO SHOW CAUSE
                                   )
TOM LALOR, individually, and BUMPER)
BOY, INC.,                         )
                                   )
            Defendants.            )
_____)

This matter comes before the Court *sua sponte*. On November 7, 2011, Plaintiffs filed a "Motions in Limine" (Dkt. # 80) that, taken as a whole (Dkt. ## 80, 81, 82, 83), exceeds 50 pages. The same is true of "Plaintiffs' Motion for Leave to File Cragun Documents Under Seal" (Dkt. # 84, 85); "Plaintiffs' Motion for Supplemental Claim Construction Order" (Dkt. ## 87, 88); and "Plaintiffs' Supplemental Motion In Limine to Exclude Exhibits" (Dkt. ## 90, 91).[1] As of this date, courtesy copies of these documents have not been provided for chambers.

Plaintiffs are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with Local Rule 10(e)(8). Plaintiffs shall also immediately deliver a paper copy of each motion and its supporting documentation to the Clerk's Office. All documents are to be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers" and

---

[1] The Court would note that Plaintiffs likewise failed to provide courtesy copies of their October 31, 2011 "Motions in Limine" (Dkt. ## 72, 73) prior to withdrawing it on November 7.

ORDER TO SHOW CAUSE

shall include tabs or other organizing aids as necessary. Plaintiffs shall respond to this Order to Show Cause no later than five days from the date of this Order.

DATED this 18th day of November, 2011.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                              -2-