UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| RADIO SYSTEMS CORPORATION and INNOTEK, INC., | Case No. C10-0828RSM |
|---|---|
| Plaintiffs, | **VERDICT FORM** |
| vs. | |
| TOM LALOR, individually, and BUMPER BOY, INC., | |
| Defendants. | |

WE, THE JURY, answering the following questions submitted by the Court, unanimously find as follows:

**Question 1A:** Do you find by clear and convincing evidence that any of the following asserted independent patent claims are invalid?

| Invalidity - U.S. Patent No. 7,267,082 ('082 Patent) | YES | NO |
|---|---|---|
| Claim 1 | X | |
| Claim 15 | X | |
| Claim 17 | | X |

VERDICT FORM - 1
Case No. C10-0828RSM

**Question 1B:** If you answered "YES" with respect to Claim 1, above, then do you find by clear and convincing evidence that any of the following asserted dependent claims are invalid?

| Invalidity - U.S. Patent No. 7,267,082 ('082 Patent) | YES | NO |
|---|---|---|
| Claim 3 | | X |
| Claim 4 | X | |
| Claim 6 | X | |

**Question 2:** Do you find by clear and convincing evidence that the '082 Patent is unenforceable by reason of inequitable conduct? (Your finding on this issue is in an advisory capacity. If you are unable to reach a unanimous verdict on this question, please record the total number of Yes and No votes, and move to the next question. If you reach a unanimous verdict on this question, please just mark the corresponding answer below with an "X").

| YES | NO |
|---|---|
| | X |

*If you Answered "NO" to at least one claim in Question 1 and "NO" to Question 2, please proceed to questions 3 and 4.*

**Question 3A:** Do you find by a preponderance of the evidence that the UltraSmart animal collar infringes any of the following independent claims of the '082 Patent?

| Infringement - U.S. Patent No. 7,267,082 ('082 Patent) | YES | NO |
|---|---|---|
| Claim 1 | X | |
| Claim 15 | X | |
| Claim 17 | X | |

VERDICT FORM - 2
Case No. C10-0828RSM

**Question 3B:** If you answered "YES" with respect to Claim 1, above, then do you find by a preponderance of the evidence that the UltraSmart animal collar infringes any of the following dependent claims of the '082 Patent?

| Infringement - U.S. Patent No. 7,267,082 ('082 Patent) | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 4 | X | |
| Claim 6 | X | |

**Question 4A:** Do you find by a preponderance of the evidence that the Venture Series animal collar infringes any of the following independent claims of the '082 Patent?

| Infringement - U.S. Patent No. 7,267,082 ('082 Patent) | YES | NO |
|---|---|---|
| Claim 1 | X | |
| Claim 15 | X | |
| Claim 17 | X | |

**Question 4B:** If you answered "YES" with respect to Claim 1, above, then do you find by a preponderance of the evidence that the Venture Series animal collar infringes any of the following dependent claims of the '082 Patent?

| Infringement - U.S. Patent No. 7,267,082 ('082 Patent) | YES | NO |
|---|---|---|
| Claim 3 | X | |
| Claim 4 | X | |
| Claim 6 | X | |

VERDICT FORM - 3
Case No. C10-0828RSM

*If you find that Plaintiffs have infringed any valid and enforceable claim of the '082 patent, please answer the following questions:*

**Question 5:** What amount of reasonable royalty damages do you find by a preponderance of the evidence that Mr. Lalor has proven he is owed due to Plaintiffs' patent infringement?

Choose only one of the options provided below:

Option (A): $24,500,000  x  2.5%  =  $612,500

    ***Royalty Base***         ***Royalty Rate***         ***Total Reasonable Royalty***

**OR**

**Option B:** _____

***Total Reasonable Royalty as Lump Sum***

**Question 6:** What amount of reasonable royalty damages for Radio Systems' use of the patented invention in the future do you find that Mr. Lalor has proven by a preponderance of the evidence he is owed?

$1.25 for every collar unit sold for the life of the patent

DATED this 23 day of October, 2014.

*[signature]*
Presiding Juror

VERDICT FORM - 4
Case No. C10-0828RSM