# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

RADIO SYSTEMS CORPORATION, et al

    Plaintiff,

  v.

LALOR et al,

    Defendant.

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

Case No.   C10-828 RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: a Second Amended Judgment is entered in favor of Plaintiffs as reflected in the Court's Order Granting Plaintiff's Motion for Judgment as a Matter of Law and Denying Plaintiff's Motion to Correct Judgment and for Entry of Judgment on Inequitable Conduct.  Specifically, this Second Amended Judgment reflects that Claims 3 and 17 of the '082 patent are invalid as anticipated by prior art, resulting in the dismissal of the jury's verdict in favor Defendant as a matter of law. This Second Amended Judgment also reflects the denial of Plaintiffs' Motion for Entry of Judgment on Inequitable Conduct defense.

    Dated this 9th day of January 2015.

                          WILLIAM M. MCCOOL
                          Clerk

                          /s/ Rhonda Stiles
                          Deputy Clerk